UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAM'BRI SEAN JOHNSON,<br>        Plaintiff,<br>    v.<br>ERIC ARNOLDS,<br>        Defendant. | Case No.  14-cv-03731-JST (PR)<br><br>**ORDER OF TRANSFER** |

This case was opened when plaintiff, who is incarcerated at California State Prison – Solano ("CSP-Solano") in Vacaville, California, filed a document entitled, "Petition for Writ of Habeas Corpus."  Plaintiff has also filed an application to proceed in forma pauperis ("IFP").

Plaintiff's various complaints, however, allege civil rights claims in that he complains about the conditions of his confinement rather than the fact of his confinement or the length of it. Specifically, he complains that CSP-Solano officials have imposed restrictions on his non-contact visits with minors, thereby denying him visitation with his five sons.

CSP-Solano is located within the venue of the United States District Court for the Eastern District of California.  Venue for civil rights claims concerning the conditions of confinement at CSP-Solano therefore lies in that district.  See 28 U.S.C. § 1391.  Accordingly, and in the interests of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  See §§ 28 U.S.C. 1404(a), 1406(a).  The Clerk shall transfer this matter forthwith.

1    In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed
2 IFP. Because it has construed this case as a civil rights action, the Court directs the Clerk to re-
3 code this case under the following nature of suit: "555 Prisoner: Prison Condition."
4    **IT IS SO ORDERED.**
5 Dated:  November 4, 2014



_____
JON S. TIGAR
United States District Judge

2